RECEIVED
AUG 2 8 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **LAWRENCE K. NIXON** | **CIVIL ACTION NO. 2:11-CV-638** |
| **VS.** | **SECTION P** |
| | **JUDGE TRIMBLE** |
| **JACKSON PARISH CORRECTIONAL CENTER** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly, it is

**ORDERED** that the application for writ of *habeas corpus* filed by petitioner be **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 28th day of August, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE